NUMBER 13-02-660-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


J & E OIL CO. , Appellant,



v.




SUMMIT LAWN CARE, INC. , Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 2

of Nueces County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam



 Appellant, J & E OIL CO. , perfected an appeal from a judgment entered by the County Court at Law No. 2 of Nueces
County, Texas, in cause number 01-60766-2 . After the record was filed, the parties filed a joint motion to dismiss the appeal. 
In the motion, the parties state that this case has been resolved. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion
should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 15th day of May, 2003 .